

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00138-CV

## IN THE MATTER OF HELEN C. WOOTEN, CSR

### From the 87th District Court
### Leon County, Texas
### Trial Court No. 0-10-465

## MEMORANDUM OPINION

This proceeding was severed from 10-14-00237-CV, *Emanuel v. Emanuel*, to monitor the sanctions for contempt of the court reporter. The Court, having determined that the purposes for this proceeding have been accomplished, administratively closes this proceeding.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal administratively closed
Opinion delivered and filed August 27, 2015
[CV06]

